UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GARRET et al.,

                Plaintiff (s),

   v.

MATERIA GROUP LLC et al.,

                Defendant (s).

CASE NO.
2:19–cv–01129–BJR

ORDER SETTING TRIAL DATES
AND RELATED DATES

| | |
|---|---|
| JURY TRIAL DATE | March 29, 2021 |
| Deadline for joining additional parties | February 4, 2020 |
| Deadline for filing amended pleadings | February 14, 2020 |
| Reports from expert witness under FRCP 26(a)(2) due | August 31, 2020 |
| Discovery completed by | September 30, 2020 |
| All dispositive motions must be filed by | October 30, 2020 |
| All motions *in limine* must be filed by | February 22, 2021 |
| Joint Pretrial Statement | March 1, 2021 |
| Pretrial conference | March 15, 2021 |
| Length of Jury Trial | |

ORDER SETTING TRIAL DATE
AND RELATED DATES – 1

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery in the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Deputy Clerk, Rhonda Miller, in writing within **TEN (10) days** of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**SO ORDERED.**

The 7th of January 2020.

*Barbara J. Rothstein*

---

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE