# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID GARRET; and TLJ, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MATERIA GROUP LLC; MATERIA GROUP INC.; DEREK MULLER; ANTHONY BERGIN; WILLIAM POWELL; JOHN MOTTA; and JOSEPH MOTTA,<br><br>　　　　　　　　　　Defendants. | No. 2:19-CV-01129-BJR<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL |

This matter comes before the Court on the Motion for Withdrawal of Counsel. The law firm of Peterson Russell Kelly Livengood PLLC ("PRKL") moves to withdraw as counsel for Defendants Materia Group LLC; Materia Group Inc.; Derek Muller; Anthony Bergin and Joseph Motta.

PRKL has provided three grounds for this withdrawal: (1) nonpayment of legal fees, (2) financial burden and 3) failure to cooperate/communicate. PRKL has certified that Materia Group Inc. has been advised that it is required to be represented by an attorney, and that failure

ORDER GRANTING MOTION FOR
WITHDRAWAL OF COUNSEL - 1
(19-cv-01129-BJR)

PETERSON RUSSELL KELLY LIVENGOOD PLLC
10900 NE Fourth Street, Suite 1850
Bellevue, Washington  98004-8341
P: 425.462.4700  F: 425.451.0714

to obtain substitute counsel may result in default.  PRKL's motion was served on its clients, Defendants Materia Group LLC; Materia Group Inc.; Derek Muller; Anthony Bergin and Joseph Motta.

The Court having reviewed the Motion to Withdraw, as well as any response and reply filed herein, hereby GRANTS the Motion and ORDERS that:

1. Michael T. Callan is hereby withdrawn from representing Defendants Materia Group LLC; Materia Group Inc.; Derek Muller; Anthony Bergin and Joseph Motta.

2. The Clerk of the Court shall terminate the association of Michael T. Callan with Defendants Materia Group LLC; Materia Group Inc.; Derek Muller; Anthony Bergin and Joseph Motta.

Dated this 29th of June, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
WITHDRAWAL OF COUNSEL - 2
(19-cv-01129-BJR)

PETERSON RUSSELL KELLY LIVENGOOD PLLC
10900 NE Fourth Street, Suite 1850
Bellevue, Washington  98004-8341
P: 425.462.4700  F: 425.451.0714