THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GARRET; and TLJ, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MATERIA GROUP LLC; MATERIA GROUP INC.; DEREK MULLER; ANTHONY BERGIN; WILLIAM POWELL; JOHN MOTTA; and JOSEPH MOTTA<br><br>Defendants. | Case No. 2:19-cv-01129 BJR<br><br>**ORDER AND FINAL JUDGMENT DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT POWELL** |

WHEREAS, on September 11, 2020, Plaintiffs David Garret and TLJ, LLC and Defendant William Powell (together, the "Parties") advised the Court that a settlement has been reached between them (Dkt. No. 41);

WHEREAS, on September 30, 2020, the Parties jointly moved this Court under FRCP 54(d) to enter a final judgment dismissing all claims asserted by Plaintiffs against Defendant Powell with prejudice and without an award of costs or attorneys' fees;

WHEREAS, the Court finds no reason to delay resolution of the dispute between the Parties.

FINAL JUDGMENT DISMISSING
PLAINTIFFS' CLAIMS AGAINST
DEFENDANT POWELL            - 1 -
Case No. 2:19-cv-01129

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: 206.332.1380 | Fax: 206.624.7317

IT IS HEREBY ORDERED that all claims asserted by Plaintiffs against Defendant Powell are dismissed with prejudice and without an award of costs or attorneys' fees. Plaintiffs' claims against the remaining defendants—Material Group, LLC, Materia Group, Inc. Derek Muller, Anthony Bergin, and John Motta—remain pending.

Dated this 2nd day of October, 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

FINAL JUDGMENT DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT POWELL
- 2 -
Case No. 2:19-cv-01129

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: 206.332.1380 | Fax: 206.624.7317