IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVID GARRET; and TLJ, LLC,<br><br>    Plaintiffs,<br>  vs.<br><br>MATERIA GROUP LLC; MATERIA GROUP INC.; DEREK MULLER; ANTHONY BERGIN; WILLIAM POWELL; JOHN MOTTA; and JOSEPH MOTTA,<br><br>    Defendants. | NO. 2:19-cv-01129 BJR<br><br>ORDER |

**ORDER**

Based upon the parties' stipulation, the Court hereby ORDERS that the deadlines for filing both the response brief and the reply brief to Plaintiffs' motion for partial summary judgment, docket no. 44, are extended by 30 days.

DONE IN OPEN COURT this 12th day of November, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER – 1

WYATT DeBENEDETTI
PLLC
ATTORNEYS
371 NE Gilman Blvd., Ste 260
Issaquah, WA 98027
P. 425.395.7784