1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  DAVID GARRET, *et al.*,

11          Plaintiffs,

CASE NO. 2:19-cv-01129-BJR

12     v.

ORDER SETTING SETTLEMENT
CONFERENCE

13  MATERIA GROUP, *et al.*,

14          Defendants.

15

16   This matter has been referred to the Honorable J. Richard Creatura for purposes of

17  conducting a settlement conference.  *See* Dkt. 48.  The settlement conference shall be held

18  remotely on **December 11, 2020,** at 9:00 a.m. P.S.T.  Instructions for participating will be sent to

19  the parties separately.

20   The parties are ORDERED to submit to this Court's chambers, but not file, a settlement

21  memo no later than 4:30 p.m., **December 4, 2020.**  Each settlement memo shall be no longer

22  than ten (10) pages, double-spaced.  The parties are allowed to submit attachments to the memo

23  but should include only those attachments critical to the explanation provided in the memo.  The

24

ORDER SETTING SETTLEMENT CONFERENCE - 1

1 | memos are to be exchanged between the parties and, at a minimum, include (1) the last demand
2 | and offer exchanged between the parties; (2) the status of any outstanding discovery issues; and
3 | (3) the status of any outstanding motions.
4 | These materials may be emailed to lara_major@wawd.uscourts.gov.
5 | Parties are instructed to ensure the attendance of a person with authority to settle the case
6 | on the date of the scheduled settlement conference.
7 | Dated this 25th day of November, 2020.

J. Richard Creatura
United States Magistrate Judge