THE HONORABLE BARBARA J. ROTHSTEIN

# U.S. DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID GARRET and TLJ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MATERIA GROUP LLC, MATERIA GROUP, INC., DEREK MULLER, ANTHONY BERGIN, WILLIAM POWELL, JOHN MOTTA and JOSEPH MOTTA,<br><br>Defendants. | *Case No. 2:19-cv-01129-BJR*<br><br>JOINT STIPULATED MOTION<br><br>TO STAY AND ORDER |

The parties have reached a settlement in principle and are expected to finalize settlement documents within a week.  They jointly request that this matter be stayed pending finalization and submittal of a joint stipulation of dismissal.

STIPULATED MOTION TO STAY AND ORDER

Case No. 2:19-cv-01129-BJR

Page 1

J. Curtis Edmondson
Edmondson IP Law
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
(503) 336-3749 / (503) 482-7418 (fax)

RESPECTFULLY SUBMITTED AND DATED this 9th day of March, 2021.

Law Offices of J. Curtis Edmondson, PLLC

By:     /s/ J. Curtis Edmondson
_____
J. Curtis Edmondson, SBN 47395
Venture Commerce Center
3699 NE John Olsen Ave.
Hillsboro, OR 97124-5815
(503) 336-3749
jcedmondson@edmolaw.com
Attorney for Plaintiffs

Wyatt DeBenedetti PLLC


By:     /s/ Todd Wyatt
_____
Todd Wyatt,  SBN  31608
Wyatt DeBenedetti PLLC
371 NE Gilman Blvd,
Issaquah, WA 98027
todd@wdlawgroup.com
(425)395.7784
Attorney for Materia Group Defendants

STIPULATED MOTION TO STAY AND ORDER

Case No. 2:19-cv-01129-BJR

Page 2

J. Curtis Edmondson
Edmondson IP Law
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
(503) 336-3749 / (503) 482-7418 (fax)

**ORDER**

Based upon the joint motion of the parties, this matter is STAYED pending filing of a final stipulation of dismissal. The parties shall file the stipulation of dismissal within 10 days of finalization of the settlement, or submit a Joint Status Report within 28 days of the date of this order in the event settlement has not been finalized.

DATED this 9th day of March, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO STAY AND ORDER

Case No. 2:19-cv-01129-BJR    Page 3    J. Curtis Edmondson
Edmondson IP Law
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
(503) 336-3749 / (503) 482-7418 (fax)