THE HONORABLE BARBARA J. ROTHSTEIN

# U.S. DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID GARRET and TLJ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MATERIA GROUP LLC, MATERIA GROUP, INC., DEREK MULLER, ANTHONY BERGIN, WILLIAM POWELL, JOHN MOTTA and JOSEPH MOTTA,<br><br>Defendants. | *Case No. 2:19-cv-01129-BJR*<br><br>ORDER RE BREACH OF THE SETTLEMENT AGREEMENT |

DAVID GARRET and TLJ, LLC, (Plaintiffs) entered into a Settlement Agreement with Materia Group, Inc and its predecessor in interest, Materia Group, LLC. This Court entered the Settlement Agreement on the record and retained jurisdiction until June 30, 2022. Materia Group, Inc. was to pay $ 30,000.00 on or before April 1, 2021. Materia Group, Inc. also was to pay $20,000.00 over a period of one year in a structured amount.

Materia Group, Inc. failed to pay the $30,000.00 by April 1, 2021. The Settlement Agreement calls for a penalty of $200.00 for non-payment and there is an acceleration clause of all outstanding amounts.

Based on the representation of Plaintiffs' counsel, and an absence of objection by Defendants, this Court finds that Materia Group, Inc. is in material breach of the Settlement Agreement and all sums are accelerated with a total amount due of $50,000.00 with a contractual non-payment fee of $200.00.

Therefore, this Court enters judgment in favor of Plaintiffs, DAVID GARRET and TLJ, LLC, jointly and severally, in the amount of $ 50,200.00 with interest to run from the data of the breach on April 1, 2021.

Dated this 12th day of May, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge